# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-1059
Lower Tribunal No. 1254433864

_____

N.K.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES,

Appellee.

_____

Appeal from Department of Children and Families.

October 10, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

TRAVER, C.J., and STARGEL and MIZE, JJ., concur.


N.K., Orlando, pro se.

Logan Bartholomew, Assistant Regional Counsel, for the Department of Children and Families, Orlando, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED